

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-19-00036-CV

**IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice[2]
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On January 22, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 30, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI07605, styled *Claudia Licandro v. Liberty County Mutual Insurance Co.*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Karen H. Pozza signed the order at issue in this original proceeding.

[2] Dissents to the denial of the petition without requesting a response.